

Print | Help | New Search | Exit

## Document List

UNION LEASING CORP VS ADMOR GROUP, INC ETAL      1CC15-1-000668

| Seq. | Doc Type | Document Title | Date/Time | Filing Party |
|---|---|---|---|---|
| 0000001 | CIS | CIVIL INFORMATION SHEET | 04/13/2015 16:09 | RUDY, MICHAEL D |
| 0000002 | CMPS | COMPLAINT; EXHS A-D; SUMMONS (CASE ASSIGNED TO JUDGE J CASTAGNETTI) | 04/13/2015 16:09 | RUDY, MICHAEL D |
| 0000003 | RAS | RETURN AND ACKNOWLEDGMENT OF SERVICE (SRVD COMPLAINT;ETC ON ADMOR GROUP INC; ADMOR DISTRIBUTORS CORP; ADMOR HVAC PRODUCTS INC ON 4/20/2015) | 04/24/2015 10:55 | RUDY, MICHAEL D |
| 0000004 |  | FIRST AMENDED COMPLAINT; EXHIBITS "A"-"D"; C/S | 04/30/2015 10:48 | NG, CHERYL REIKO |
| 0000005 | RACR | REQUEST TO ACCESS COURT RECORD (HCRR) | 05/11/2015 08:14 | FILED BY COURT, COURT |
| 0000006 |  | DEFTS ADMOR GROP INC, ADMOR DISTRIBUTORS CORP AND ADMOR HVAC PRODUCTS, INC'S ANSWER TO FIRST AMENDED COMPLAINT FILED BY UNION LEASING CORP ON APRIL 30, 2015; C/S | 05/11/2015 16:02 | LYONS, DANA |

<Previous | Next>   Page Number: 1 of 1

Party List    Case Info.