CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT                                    4287-0
Email: tpettit@caselombardi.com
DANA R. LYONS                                    8585-0
Email: dlyons@caselombardi.com
RYAN M. HAMAGUCHI                                9471-0
Email: rhamaguchi@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Telephone: (808) 547-5400

Attorneys for Defendants/Counterclaim Plaintiffs
**ADMOR GROUP, INC., ADMOR
DISTRIBUTORS CORP. and
ADMOR HVAC PRODUCTS, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNION LEASING CORP., | CIVIL NO. 15-00181 LEK-RLP |
| Plaintiff, | Circuit Court of the First Circuit |
| vs. | State of Hawaiʻi |
| | Civil No. 15-1-0668-04 JHC |
| ADMOR GROUP, INC.; ADMOR DISTRIBUTORS CORP.; ADMOR HVAC PRODUCTS, INC.; JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS, CORPORATIONS, or ENTITIES 1-20, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES** |
| Defendants. | |

| | |
|---|---|
| ADMOR GROUP, INC.; ADMOR DISTRIBUTORS CORP.; ADMOR HVAC PRODUCTS, INC., | ) ) ) ) |
| Counterclaim Plaintiffs, | ) ) ) ) |
| vs. | ) ) |
| UNION LEASING CORP., | ) ) ) |
| Counterclaim Defendant. | ) ) ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED AND AGREED, by and between PLAINTIFF UNION LEASING CORP. ("Plaintiff") and DEFENDANTS ADMOR GROUP, INC. ADMOR DISTRIBUTORS CORP., and ADMOR HVAC PRODUCTS, INC. ("Defendants"), by and through their respective attorneys, pursuant to Rules 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice, as to all claims and all parties, contained in: (1) the First Amended Complaint filed by Plaintiff on April 30, 2015, in the Circuit Court of the First Circuit, State of Hawaii, Civil No. 15-1-0668-04 JHC, and removed to this Court pursuant to the Notice of Removal under 28 U.S.C. § 1441(b) filed May 15, 2015

(Docket No. 1), against Defendants, and (2) the Counterclaim filed by Defendants against Plaintiff on May 20, 2015 (Docket No. 7).

Each party shall bear their own attorneys' fees and costs incurred in the action. This stipulation has been signed by all appearing parties.

All other claims and parties are hereby dismissed with prejudice. Trial has not yet been set in this case.

This Stipulation may be signed in two or more counterparts and each counterpart, when executed, shall be deemed an original, and all such counterparts shall be construed as one agreement binding on all of the Parties hereto.

DATED:     Honolulu, Hawaii, September 23, 2015

/s/ Michael D. Rudy
MICHAEL D. RUDY
CHERYL R. NG
PAUL A. C. HIGA
Attorneys for Plaintiff/Counterclaim Defendant
**UNION LEASING CORP.**

(Signatures continued on the next page)

DATED:  Honolulu, Hawaii, September 23, 2015

/s/ Ted N. Pettit
TED N. PETTIT
DANA R. LYONS
RYAN M. HAMAGUCHI
Attorneys for Defendants/Counter-claimant **ADMOR GROUP, INC., ADMOR DISTRIBUTORS CORP., and ADMOR HVAC PRODUCTS, INC.**

APPROVED AS TO FORM:



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

UNION LEASING CORP. vs. ADMOR GROUP, INC., et al.; CIVIL NO. 15-00181-LEK-RLP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

4

30009/2/2249383.3